IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02647-BNB

EUGENIO NAVARRO, JR.,

Applicant,

v.

ROY LEYBA, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN W. SUTHERS,

Respondents.

## ORDER TO FILE SECOND AMENDED APPLICATION

Applicant Eugenio Navarro, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. He has filed *pro se* an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). Mr. Navarro has been granted leave to proceed pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915 (Supp. 2005).

The Court must construe the amended habeas corpus application liberally because Mr. Navarro is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Navarro will be ordered to file a second amended application.

Mr. Navarro has used the Court-approved form for filing an amended application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, Mr. Navarro is

challenging both his conviction and sentence and the execution of that sentence. The purpose of a § 2241 action is to challenge the execution of a sentence, not the validity of a conviction and sentence, which is the purpose of an action pursuant to 28 U.S.C. § 2254 (1994 & Supp. 2005). **See Montez v. McKinna**, 208 F.3d 862, 865 (10th Cir. 2000). Therefore, Mr. Navarro will be directed to file a second amended application that only asserts claims appropriate in a § 2241 action. If Mr. Navarro wishes to challenge the validity of his conviction and sentence, he must assert those claims in the § 2254 action he already has initiated and which currently is pending before the Court. **See Navarro v. Leyba,** No. 05-cv-02613-BNB (filed Dec. 23, 2005). Accordingly, it is

ORDERED that Applicant Eugenio Navarro, Jr., file **within thirty (30) days from the date of this order** a second amended habeas corpus application that only asserts claims appropriate in a 28 U.S.C. § 2241 action. It is

FURTHER ORDERED that if Mr. Navarro fails to file a second amended application as directed within the time allowed, the amended habeas corpus application will be denied and the action dismissed without further notice.

DATED February 22, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02647-BNB

Eugenio A. Navarro, Jr.
Prisoner No. 83708
Arkansas Valley Corr. Facility
PO Box 1000 – Unit 2-C-1-6
Crowley, CO 81034

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/22/06

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk